UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

QAZ NIQALOS C.,[1]

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

Defendant.

Case No. 1:25-cv-00326-DCN-DKG

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On July 1, 2022, Plaintiff Qaz Niqalos C. filed an application for child's insurance benefits with the Social Security Administration, alleging disability beginning on December 15, 2004. Plaintiff's application was denied initially and on reconsideration. After exhausting his administrative remedies, Plaintiff sought the Court's review. Dkt. 1.

On July 10, 2026, United States Magistrate Debora K. Grasham issued a Report and Recommendation in this matter. Dkt. 25. Therein, Judge Grasham recommends the Court remand the decision below for further proceedings. *See generally id*. Pursuant to statute, Judge Grasham gave the parties fourteen (14) days to file written objections to the Report and Recommendation. *Id*. at 15; 28 U.S.C. § 636(b)(1). No objections were filed.

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Grasham's Report and Recommendation in its entirety and enters the following order consistent with the same.

**ORDER**

1. The Report and Recommendation entered on July 10, 2026 (Dkt. 25), is INCORPORATED and ADOPTED in its entirety.
2. Judgment is entered in favor of PLAINTIFF consistent with the Report and Recommendation.
3. This action is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendations.
4. The Court will enter a separate judgment in favor of Plaintiff pursuant to Civil Rule of Procedure 58 and 42 U.S.C. § 405(g).

DATED: August 27, 2026

David C. Nye
U.S. District Court Judge